UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Anthony Montoy,<br>    Petitioner,<br><br>v.<br><br>Mr. S. Spaulding,<br>Dr. Gorham, and<br>Dr. Skarr.<br>    Defendants. | Civil Complaint<br><br>Case# <br><br>F I L E D<br>Clerk's Office<br>USDC, Mass.<br>Date 4-1-19<br>By _____<br>Deputy Clerk |

## Jurisdiction

This Honorable Court has jurisdiction of this matter under 42 U.S.C. §1983 construed under "Bivens."

## Parties

Plaintiff.   Anthony Montoy #59105-060
Federal Correctional Complex Low
P.O. Box 1000
Petersburg, VA 23804

Defendants.   Mr. S. Spaulding   FMC Devens Warden
42 Patton Rd.
Ayers, MA 01432

Dr. Gorham   FMC Devens Mental Health Dep.
42 Patton Rd.
Ayers, MA 01432

Dr. Skarr   FMC Devens Mental Health Dep.
42 Patton Rd.
Ayers, MA 01432

## Previous Lawsuits

I have filed no other lawsuits prior to this filing.

## Administrative Remedy

I have completed the Administrative Remedy procedure suited to this situation. (see: RE: Administrative Claim No. TRT-Ner-2018-06914 of 3/15/2019 attached)

## Claim Statement

On May 9, 2018 at 7:20hrs., I was working in the Mental Health Unit (N4) at the Federal Medical Complex, Devens, MA. As I entered the unit from going to the commissary, I noticed offender/patient Roberto Garcia acting in a strange way. After I put my things away, I asked Garcia if he was ok. His only response was to walk past me breathing very hard. I immediately brought this to the Correctional Officer's (Ms. Lussier) attention. She then notified his doctor via e-mail and reported the situation to her relief (Officer Chipps). I then went down stairs where I seen Dr. Gorham and brought it to his attention. He responded that he would talk to Garcia and let his doctor (Dr. Skarr) know what was going on. I also informed Nurse V. Kalapastos who also called his doctor. At that time, I believed that something would be done since everyone had been properly notified. However, when I returned to the unit at 15:40hrs., Garcia assaulted me by throwing 205°F water on me. For which, I was taken to the clinic for treatment of first and second degree burns before being placed in the S.H.U. for Nine days. The defendants failed to respond to the situation when it was properly reported to them. This failure clearly created a situation in which the individual defendants deprived me of my right of safety while in the care of the F.B.O.P. which is clearly evidenced by the result of the event.

## Relief

At this time, Plaintiff is seeking for the Court to award him money damages in the amount of (200,000.00) Two Hundred Thousand Dollars.

## Consent

At this time, Plaintiff is not consenting to proceed before a U.S. Magistrate Judge.

## Jury Trial

At this time, Plaintiff is demanding a Jury Trial in this matter.

Respectfully submitted, this 22nd day of March, 2019.

_____
Anthony Montoy

### Affirmation

I affirm the content of the foregoing Civil Complaint is true, correct, complete, and not misleading, according to my knowledge and conscience, this 22nd day of March, 2019.

_____
Anthony Montoy



**U.S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

<u>*Via Certified and Return Receipt Mail*</u>

U.S. Custom House-7th Floor
2nd & Chestnut Streets
Philadelphia, PA 19106

March 15, 2019

Mr. Anthony Montoy, Reg. No. 59105-060
FCI Petersburg Low
P.O. Box 1000
Petersburg, VA 23804

    RE:   Administrative Claim No. TRT-NER-2018-06914
           Register No. 59105-060

Dear Mr. Montoy:

    Your Administrative Claim No. TRT-NER-2018-06914, properly received in this office on August 13, 2018, has been accepted and considered for settlement as provided by the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2672, under authority delegated to me by 28 C.F.R. § 543.30. You seek $200,000.00 for a personal injury claim. Specifically, you allege on May 9, 2018, you suffered burn injuries as a result of being assaulted by another inmate at FMC Devens. You state staff did not take appropriate measures to prevent the assault.

    An investigation reflects on May 9, 2018, staff observed another inmate throw hot water on you and continued to assault you. Records, including an investigative report and staff memoranda, indicate staff gave verbal commands to cease. At that time, you and the other inmate complied and were placed in ambulatory restraints. You were medically assessed and treated for first and second degree burns. There is no indication staff had knowledge of an imminent threat against you. There is no evidence you suffered a personal injury as a result of negligence on the part of any Bureau of Prisons employee. Accordingly, your claim is denied.

    If you are dissatisfied with this decision, you may bring an action against the United States in an appropriate United States District Court within six (6) months of the date of this letter.

                                          Sincerely,

                                          Darrin Howard
                                          Regional Counsel

cc:   RADM S. Spaulding, Warden, FMC Devens